USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: OXYCONTIN ANTITRUST LITIGATION

04 Md. 1603 (SHS)

<u>ORDER</u>

This document relates to:

---

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., RHODES TECHNOLOGIES, and GRÜNENTHAL GMBH,

     Plaintiffs,

-against-

AMNEAL PHARMACEUTICALS, LLC,

     Defendant.

11 Civ. 8153 (SHS)

---

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., and RHODES TECHNOLOGIES,

     Plaintiffs,

-against-

MYLAN PHARMACEUTICALS INC. and MYLAN INC.,

     Defendants.

12 Civ. 2959 (SHS)

---

PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., and RHODES TECHNOLOGIES,

     Plaintiffs,

-against-

EPIC PHARMA, LLC,

     Defendant.

13 Civ. 683 (SHS)

SIDNEY H. STEIN, U.S. District Judge.

The Court today issued its Findings of Fact and Conclusions of Law in matters central to the above-captioned actions. The Court declared, *inter alia*, that three patents-in-suit in the above-captioned actions are invalid: U.S. Patent No. 7,674,799; U.S. Patent No. 7,647,800; and U.S. Patent No. 7,683,072 (collectively, "the Low-ABUK Patents").

In light of those declarations, plaintiffs in the above-captioned actions are hereby ordered to show cause on or before January 24, 2014, why they are not collaterally estopped from asserting the Low-ABUK Patents and why the Court should not dismiss all claims in these litigations that rely on the Low-ABUK Patents.

Dated: New York, New York
January 14, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.